Nathan D. Borris
SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The following constitutes
the order of the court. Signed July 27, 2012**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In Re:

KATIA NUNEZ,

  Debtor

) Case No.: 12-42078
) Chapter 13
)
) **ORDER ALLOWING CLAIM OF TIM**
) **OTTS**
)
)
)
)

On April 12, 2012 Creditor Tim Otts filed an objection to confirmation on grounds that a domestic support obligation owed to him was non-dischargeable pursuant to 11 USC 523(a)(5). Debtor Katia Nunez, by and through her attorney of record Nathan D. Borris, Esq., appeared at a confirmation hearing held on July 26, 2012. Creditor Tim Otts did not appear.

The Court ultimately overruled the objection, though Debtor opined and the Court agreed that although Creditor Tim Otts did not file a proof of claim prior to the July 11, 2012 deadline, his objection shall be treated as a constructive proof of claim.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Creditor Tims Otts' prepetition claim in the amount of $3,031.23 shall be allowed as a general unsecured claim for purposes of Debtor's confirmed chapter 13 plan.

***END OF ORDER***

## COURT SERVICE LIST

Tim Otts
38415 Jacaranda Drive
Newark, CA 94560

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
21550 Foothill Blvd
Hayward, CA 94541