

**Entered on Docket**
**September 12, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Cori B. Jones, Esq.
   California Bar No. 261018
2  MILES, BAUER, BERGSTROM &
      WINTERS, LLP
3  1231 E. Dyer Road, Suite 100
   Santa Ana, CA 92705
4  (714) 481-9100
   FAX (714) 481-9144
5  File No. 13-01718

The following constitutes the order of the court.
Signed September 12, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

6  Attorneys for Movant,
   BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>KATIA NUNEZ, AKA KATIA NUEZ-RAMIREZ,<br><br>Debtor. | Case No.: 12-42078-WJL<br>Chapter 13<br>RS No. CBJ-127<br><br>**Hearing –**<br>Date: September 4, 2013<br>Time: 09:30 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>       1300 Clay Street<br>       Oakland, CA 94612<br>       Courtroom 220 |

**INTERIM ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Movant's Motion for Relief from the Automatic Stay came on regularly for Hearing on September 4, 2013, in the above-referenced Court, before the HON. WILLIAM J. LAFFERTY, United States Bankruptcy Judge. Movant, BANK OF AMERICA, N.A., appeared by and through its counsel, Cori B. Jones, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Movant. Debtor, KATIA NUNEZ, appeared by and through its counsel, NATHAN D. BORRIS. No appearance was made, nor responsive pleading filed by or on behalf of the Chapter 13 Trustee, MARTHA G. BRONITSKY.

The Court having considered the arguments presented, the Court records and files, and finding good cause, makes its Order as follows:

Movant and Debtor having entered into the following agreement and the Court having considered the Court records and files, as well as the agreement of the parties, and with good cause appearing therefor, the Court makes its Order as follows:

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall make interim monthly post-petition payments on Movant's first Trust Deed obligation, encumbering the subject Property, generally described as: **24482 Leona Drive, Hayward, CA 94544** ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS **EXHIBIT "1"** AND MADE A PART HEREOF.

in a timely fashion, commencing for the months of September 1, 2013 and October 1, 2013 in the amount of $1,146.53 which is 31% of Debtor's stated. Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th) day of each month. Said payments shall be made directly to BANK OF AMERICA, N.A., c/o BANK OF AMERICA, N.A., PO Box 660933, Dallas, TX 75266-0933.

EXHIBIT LEGAL DESCRIPTION for the Proposed Order Docket Entry # 42

** END OF ORDER **

Approved as to form and content:

_____
Nathan D. Borris,
Attorney for Debtor

(13-01718/ndapo.dot/sbs)

**COURT SERVICE LIST**