Cori B. Jones, Esq.
California Bar No. 261018
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 13-01718

Attorneys for Movant,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>KATIA NUNEZ, AKA KATIA NUEZ-RAMIREZ,<br><br>Debtor. | Case No.: 12-42078-WJL<br>Chapter 13<br>R.S. No. CBJ-127<br><br>**Hearing –**<br>Date: November 6, 2013<br>Time: 09:30 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>1300 Clay Street<br>Oakland, CA 94612<br>Courtroom 220 |

### STIPULATION TO WITHDRAW THE MOTION FOR RELIEF FROM AUTOMATIC STAY

IT IS HEREBY STIPULATED BY AND BETWEEN Movant, BANK OF AMERICA, N.A., through its counsel, CORI B. JONES, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Movant, and Debtor, KATIA NUNEZ, through its counsel, NATHAN DAVID BORRIS, as follows:

///

///

///

IT IS HEREBY STIPULATED that the Motion for Relief from the Automatic Stay filed by Movant with the Court on July 2, 2013 is hereby withdrawn without prejudice to Movant's right to file a subsequent Motion in the future.

MILES, BAUER, BERGSTROM & WINTERS, LLP

DATED: 10\10\13

By: /s/ Cori B. Jones
Cori B. Jones, Esq.
Attorneys for Movant
BANK OF AMERICA, N.A.

APPROVED AS TO FORM AND CONTENT:

DATED: 10/9/13

NATHAN DAVID BORRIS
Attorney for Debtor

(13-01718/ndmisc.dot/sbs)