

The following constitutes the order of the court.  
Signed July 28, 2017

_____  
William J. Lafferty, III  
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND DIVISION

In Re: Katia Nunez                                Case No.: 12-42078 WJL

Debtor(s)/                                        Chapter: 13

ORDER REOPENING THE CASE

On 7/26/2017, the Clerk's Office inadvertently closed the case in error.

In accordance with the above and good cause appearing, IT IS ORDERED that this case is REOPENED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients